HENRY MAINS, APPELLANT, v. WILLIAM H. BOYD, JR., APPELLEE.

FILED MARCH 3, 1898. No. 7822.

Review: AFFIRMANCE. No question of law is involved in this case. Evidence *held* to sustain the finding of the district court.

APPEAL from the district court of Madison county. Heard below before ROBINSON, J. *Affirmed.*

*Campbell & Wallis,* for appellant,

*B. B. Willey* and *C. B. Willey, contra.*

IRVINE, C.

The only question presented by this record is the sufficiency of the evidence to sustain the finding of the district court, and the decision of that question is not incumbered with the consideration of any question of law. It would therefore be useless to set out the evidence in the opinion. It has been examined, and we find that it amply sustains the finding.

AFFIRMED.